JENNIE WHITEHEAD, Respondent, v. RUTH SIRE, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Young, JJ.

WILLIAMSBURG SAVINGS BANK, Respondent, v. LYDIA E. GILMORE and PHOEBE A. IJAMS, Appellants, Impleaded with STUARD HIRSCHMAN, Respondent.— Judgment of the County Court of Queens county unanimously affirmed, without costs. We would be of opinion that the appellants are entitled to the relief prayed for in their answers were it not for the fact that they have executed and delivered general releases to defendant Hirschman. Because of those releases and for that reason only we are constrained to affirm the judgment, without costs. This court reverses the conclusions of law made by the learned county judge at request of respondent Hirschman, designated as A3, A5, at folios 119 and 120, and finds the conclusions of law requested by said respondent and designated as B7 and B8, at folios 121 and 122. This court also makes the findings of fact requested by appellants and refused by the county judge designated as 8th and 9th, at folios 66 and 67. Present — Blackmar, P. J., Rich, Kelly, Manning and Young, JJ. Settle order upon notice.

JOSEPH YOCUS, as Administrator de Bonis Non, etc., of NIKODEMAS PETKEVIEZ, Deceased, Appellant, v. SOUTHERN PACIFIC COMPANY, Respondent.— Order setting aside verdict and granting new trial affirmed, with costs to respondent to abide the event. We affirm this order solely upon the ground that we will not interfere with the discretion of the trial judge in setting aside a verdict as against the weight of evidence, unless it is clearly erroneous. We do not affirm on the ground that there is no relation of cause and effect between the alleged negligence and the injury. Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ., concur.

LAWRENCE H. AMBERGER, as Administrator, etc., Appellant, v. SIGMUND WECHSLER, Respondent.— Motion to dismiss appeal granted, without costs. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

JOHN F. BOWMAN, Respondent, v. INTERNATIONAL TRADING CORPORATION, LTD., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

CRENSHAW ENGINEERING AND CONSTRUCTION COMPANY, INC., Appellant, v. NEW YORK MUNICIPAL RAILWAY CORPORATION and Another, Respondents.— Motions for reargument or for leave to appeal to the Court of Appeals denied. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

FRANCES FARRELL, an Infant, by JOHN V. FARRELL, Her Guardian ad Litem, Respondent, v. MERCHANTS MUTUAL AUTOMOBILE LIABILITY INSURANCE COMPANY, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

CORNELIUS GALLAGHER, Respondent, v. EDWARD S. PEROT and MINNIE B. JACKSON, as Executrix, etc., of GEORGE J. JACKSON, Deceased. Appellants.— Order signed. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

LINDLEY M. GARRISON, as Receiver of NEW YORK MUNICIPAL RAILWAY CORPORATION, Respondent, v. CREENSHAW ENGINEERING AND CONSTRUCTION COMPANY, INC., and Others, Appellants.— Motions for reargument or for leave to appeal to the Court of Appeals denied, Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.